IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-cv-00449-GCM

- - - - - - - - - - - - - - - - - - - - - - - - - - x

TOM BORTHWICK, derivatively on
behalf of SWISHER HYGIENE, INC.,       :

       Plaintiff,       :

       vs.       :

STEVEN R. BERRARD, MICHAEL J.   :
KIPP, DAVID O. BRALEY, JOHN
ELLIS BUSH, HARRIS W. HUDSON,   :
H. WAYNE HUIZENGA, WILLIAM D.
PRUITT, DAVID PRUSSKY,       :
RICHARD L. HANDLEY and
MICHAEL SERRUYA,       :

       Defendants,       :

and       :

SWISHER HYGIENE, INC.,       :

       Nominal Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - x

FILED
CHARLOTTE, NC

SEP 26 2013

US District Court
Western District of NC

## ORDER ON
## SWISHER HYGIENE, INC.'S MOTION TO CONSOLIDATE AND STAY

Before the Court is Swisher Hygiene, Inc.'s MOTION TO CONSOLIDATE AND STAY.

The Court, having reviewed the motion, the corresponding briefs, and having considered the

arguments of counsel for all parties, concludes that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Borthwick Action is consolidated with the

actions pending in <u>In re Swisher Hygiene, Inc. Securities and Derivative Litigation</u>, MDL Docket

No. 3:12-md-2384-GCM (the "Swisher MDL"), and that the Borthwick Action is stayed until

final adjudication of the class claims in the Swisher MDL.

This 25th day of Sept _____, 2013.

Graham C. Mullen
SR US Dist Judge